IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                          Case No. 4:89cr4006-WS
                             Case No. 4:05cv186-WS/WCS

**TYRONE SMITH,**

    Defendant.

_____/

## ORDER GRANTING MOTION TO SUPPLEMENT

Defendant filed a "Motion to Void Illegal Part of Sentence" and a motion to supplement. Docs. 754-755. It is separately recommended that the motion, as supplemented, be denied.

It is therefore **ORDERED** that the motion to supplement, doc. 755, be **GRANTED**.

**DONE AND ORDERED** on July 7, 2005.

                             S/     William C. Sherrill, Jr.
                             **WILLIAM C. SHERRILL, JR.**
                             **UNITED STATES MAGISTRATE JUDGE**