IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               4:89cr4006-WS

TYRONE SMITH,                                    4:05cv186-WS

    Defendant.

_____

## ORDER DENYING DEFENDANT'S MOTION TO VOID SENTENCE

Before the court is the magistrate judge's report and recommendation (doc. 757) docketed July 7, 2005. The magistrate judge recommends that the defendant's motion to void sentence be summarily denied. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 757) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's motion to void sentence (docs. 754) and motion to supplement petition (doc. 755) are hereby summarily DENIED.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:05cv186-WS.

DONE AND ORDERED this August 10, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE